1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*E-FILED - 7/14/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO DOMINGUEZ,                )        No. C 09-1130 RMW (PR)
                                    )
        Petitioner,                 )        ORDER OF DISMISSAL
                                    )
    v.                              )
                                    )
ARNOLD SCHWARZENEGGER,              )
                                    )
        Respondent.                 )
_____)

        Petitioner, a state prisoner proceeding pro se, filed the instant habeas corpus petition

pursuant to 28 U.S.C. § 2254 on March 13, 2009.  On March 16, 2009, the court returned twelve

42-cents stamps to petitioner, advising him that the court could not accept postage stamps as

payment for the filing fee.  The court also enclosed a copy of the court's in forma pauperis

application for petitioner's use.  Although petitioner did not submit any pleadings thereafter, on

May 4, 2009, the court sent a notification to petitioner informing him that he had still not filed an

in forma pauperis application, nor had he paid the required filing fee.  The court provided another

copy of the in forma pauperis application, along with a return envelope, and a notification that

the case would be dismissed if petitioner failed to pay the fee or file a completed application

with supporting documentation within thirty days.  No response has been received from

petitioner.

        As petitioner has not filed a completed in forma pauperis application or paid the filing

1  fee, this case is DISMISSED without prejudice.

2       The clerk shall terminate any pending motions and close the file.

3       IT IS SO ORDERED.

4  DATED: ___7/14/09___

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28